# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOSEPH COUNTS                                                              PLAINTIFF

v.                              No. 3:19-cv-281-DPM

MIDLAND FUNDING, LLC                                                       DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 April 2021